In the Matter of the Claim of ELEAZER TWITCHELL, against WAGNER PRODUCTIONS, INC., Respondent. STATE INDUSTRIAL BOARD, Appellant.

(Argued January 6, 1931; decided February 10, 1931.)

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for appellant.

*William Warren Dimmick, Meyer Kurz* and *Samuel Israel* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.